UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK LYNN WADE, | No. CV 19-6049 JAK (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| W.J. SULLIVAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: February 20, 2020

JOHN A. KRONSTADT
United States District Judge